IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-81-RLV-DCK

| | |
|---|---|
| RUSSELL MASH, Guardian Ad Litem for J. M., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning Charles Michael Bee, filed December 3, 2010. Mr. Bee seeks to appear as counsel *pro hac vice* for Plaintiff Russell Mash, GAL for Jaden Mash, a minor.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Bee is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Russell Mash, GAL for Jaden Mash, a minor.

Signed: December 6, 2010

David C. Keesler
United States Magistrate Judge